[No. 4797–7–II.   Division Two.   June 7, 1983.]

SAN JUAN POOL CORPORATION, *Appellant,* v. MAURICE
L. MANNING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 275091, William L. Brown, Jr., J., entered April 25, 1980. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[Nos. 6040–0–II; 6862–1–II.   Division Two.   June 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
L. ABBOTT, *Appellant.*

*In the Matter of the Personal Restraint of*
GARY L. ABBOTT, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 48734, Donald H. Thompson, J., entered November 19, 1981, together with relief from personal restraint. Judgment *dismissed* and petition *denied* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.